UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER TIDWELL, | ) | |
| Plaintiff, | ) | 3:11-cv-00628-RCJ-WGC |
| vs. | ) | |
| | ) | **ORDER** |
| JACK PALMER, *et al.*, | ) | |
| Defendants. | ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On November 4, 2011, the court issued a screening order allowing three claims to proceed and staying this case for ninety days. (ECF No. 4.) In its order, the court instructed the Office of the Attorney General to file a report form regarding the results of the 90-day stay. (*Id*.) More than ninety days have elapsed since the court stayed this case, but the Office of the Attorney General has not filed the 90-day report form.

**IT IS THEREFORE ORDERED** that the Office of the Attorney General **SHALL FILE** the report form attached to this order **within ten (10) days** of the date of entry of this order.

DATED: June 8, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

1
2
3                    **UNITED STATES DISTRICT COURT**
4                          **DISTRICT OF NEVADA**
5
6                        ,              )      3:00-CV-0000-_____ (____)
7                                       )
8        Plaintiffs,                    )
9                                       )      **REPORT OF THE OFFICE OF THE**
10   vs.                                )      **ATTORNEY GENERAL RE:**
11                                      )      **RESULTS OF THE 90-DAY STAY**
12                        , et al.,     )
13                                      )
14       Defendants.                    )
15  _____ )
16
17
18  **NOTE: ONLY THE OFFICE OF THE ATTORNEY GENERAL SHALL FILE THIS FORM.**
19  **THE INMATE PLAINTIFF SHALL NOT FILE THIS FORM.**
20
21      On _____ [*the date of the issuance of the screening order*], the Court issued its
22  screening order stating that it had conducted its screening pursuant to 28 U.S.C. § 1915A, and that
23  certain specified claims in this case would proceed.  The court ordered the Office of the Attorney
24  General of the State of Nevada to file a report ninety (90) days after the date of the entry of the court's
25  screening order to indicate the status of the case at the end of the 90-day stay.  By filing this form, the
26  Office of the Attorney General hereby complies.

                                              2

REPORT FORM

[Identify which of the following two situations (identified in bold type) describes the case, and follow the instructions corresponding to the proper statement.]

**Situation One: Mediated Case: The case was assigned to mediation by a court-appointed mediator during the 90-day stay.** [If this statement is accurate, check **ONE** of the six statements below and fill in any additional information as required, then proceed to the signature bloc.]

    \_\_\_\_    A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have reached a settlement (*even if paperwork to memorialize the settlement remains to be completed*). (*If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in the case until a specified date upon which they will file a stipulation of dismissal.*)

    \_\_\_\_    A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the court of its intent to proceed with this action.

    \_\_\_\_    No mediation session with a court-appointed mediator was held during the 90-day stay, but the parties have nevertheless settled the case. *(If this box is checked, the parties are on notice that they must SEPARATELY file a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.)*

    \_\_\_\_    No mediation session with a court-appointed mediator was held during the 90-day stay, but one is currently scheduled for _____ [*enter date*].

    \_\_\_\_    No mediation session with a court-appointed mediator was held during the 90-day stay, and as of this date, no date certain has been scheduled for such a session.

    \_\_\_\_    None of the above five statements describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

\* \* \* \* \*

**Situation Two: Informal Settlement Discussions Case: The case was NOT assigned to mediation with a court-appointed mediator during the 90-day stay; rather, the parties were encouraged to engage in informal settlement negotiations**. [If this statement is accurate, check **ONE** of the four statements below and fill in any additional information as required, then proceed to the signature bloc.]

    \_\_\_\_    The parties engaged in settlement discussions and as of this date, the parties have reached a settlement (*even if the paperwork to memorialize the settlement remains to be completed*). (*If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.*)

    \_\_\_\_    The parties engaged in settlement discussions and as of this date, the parties have not

1     reached a settlement.  The Office of the Attorney General therefore informs the court of its intent to proceed with this action.

2

3   ____ The parties have not engaged in settlement discussions and as of this date, the parties have not reached a settlement.  The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

4

5   ____ None of the above three statements fully describes the status of this case.  Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

6

7   Submitted this _____ day of _____, _____ by:

 Attorney Name: _____   _____
8             Print               Signature

9   Address: _____  Phone: _____

10      _____  Email: _____

11      _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26