UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER TIDWELL, | ) | |
| Plaintiff, | ) | 3:11-cv-00628-RCJ-WGC |
| vs. | ) | |
| | ) | **ORDER** |
| JACK PALMER, *et al.*, | ) | |
| Defendants. | ) | |

This is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983. On July 12, 2012, the court issued an order requiring plaintiff to show cause, in writing, within ten (10) days of the date of entry of the order, why this action should not be dismissed for plaintiff's failure to attend the early mediation conference or submit a mediation statement. (ECF No. 15.) The court expressly warned plaintiff that his failure to timely comply with this court's order could result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action is dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to obey this court's order of July 12, 2012.

1 **IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close
2 this case.

DATED this 3rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE