AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

CHRISTOPHER TIDWELL,

    Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-cv-00628-RCJ-WGC**

JACK PALMER, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for the failure of plaintiff to obey this Court's order of July 12, 2012.

  August 3, 2012                   **LANCE S. WILSON**
                                                       Clerk

                                                       /s/ H.  Jordan
                                                      Deputy Clerk